UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 21 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

LEONEL ADALBERTO ROBLES HERNANDEZ; et al.,

Petitioners,

v.

TODD BLANCHE, Attorney General,

Respondent.

No. 26-2130

Agency Nos.
A220-069-983
A220-069-984
A220-069-985

ORDER

Before: S.R. THOMAS, BERZON, and FORREST, Circuit Judges.
Order by Judges S.R. THOMAS and BERZON; Dissent by Judge FORREST.

The motion (Docket Entry Nos. 7, 14) to stay removal is granted. *See Nken v. Holder*, 556 U.S. 418, 434 (2009); *Leiva-Perez v. Holder*, 640 F.3d 962, 964-65 (9th Cir. 2011).

FORREST, Circuit Judge, dissenting:

I would deny Petitioners' motion to stay removal because it is perfunctory and does not satisfy Petitioners' burden for obtaining a stay. Under General Order 6.4, a petitioner can file a temporary stay motion and then file a supplement if the initial motion "fails to discuss the merits of the petition for review or to identify the potential hardships faced by the petitioner." 9th Cir. G.O. 6.4(c)(1)–(2). A supplement must be submitted within fourteen days of the filing of the initial motion. 9th Cir. G.O. 6.4(c)(2).

Here, Petitioners filed a one-paragraph motion on April 24, 2026, that presented no argument or legal authority supporting their request for a stay. Petitioners supplemented their motion, but not until July 14, 2026, more than two months late. Petitioners did not seek an extension of time or leave to submit an untimely filing. Because Petitioners failed to comply with General Order 6.4(c) and otherwise failed to meet their burden in seeking a stay, I would deny their motion. *See* Fed. R. App. P. 27(a)(2)(A) (motion must contain "the legal argument necessary to support [the motion]"); *Abbassi v. INS*, 143 F.3d 513, 514 (9th Cir. 1998) (per curiam) (a "perfunctory request for a stay is wholly insufficient to meet the requirements for a stay"), *overruled in part on other grounds by Nken v. Holder*, 556 U.S. 418, 434–35 (2009).